**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| STACY N. POLITTE, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
|     v. | ) | Case No. 4:25-cv-1717 RHH |
| | ) | |
| R.K. ADMINISTRATIVE SERVICES, LLC, | ) | |
| | ) | |
|     Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on the parties' Joint Motion to Consolidate Cases. (ECF No. 21.) This case arises from disputes surrounding Plaintiff's former employment with Defendant, and Plaintiff brings claims based on harassment and discrimination allegations. At the Rule 16 Conference held on February 11, 2026, the parties to this action advised the Court that Plaintiff intended to file a related case alleging that Defendant retaliated against her by revoking a scholarship she previously received from Defendant. The parties informed the undersigned that the future case would involve the same parties and overlapping issues, and that consolidation of the two cases may be appropriate.

On March 25, 2026, *Politte v. R.K. Administrative Services, LLC,* Case No. 4:26-cv-433-RHH was removed to this Court. Defendant's initial filings appropriately noted that the later-filed case was substantially similar to the present case, and the case was assigned to the undersigned United States Magistrate Judge. On May 12, 2026, the Court held a Rule 16 Conference in the later-filed case. There, the parties explained that they believe consolidation is appropriate, and the

1

scheduling deadlines[1] and trial date from the first case should apply for the later-filed case. Following the Rule 16 Conference in the later-filed case, the parties filed a Joint Motion to Consolidate the two cases.

A court may consolidate multiple cases when the cases share a "common question of law or fact." Fed. R. Civ. P. 42(a). When evaluating a motion to consolidate, courts look to several factors, including:

> whether the specific risks of prejudice and possible confusion [are] overborne by the risk of inconsistent adjudications of common factual and legal issues, the burden on parties, witnesses and available judicial resources posed by multiple lawsuits, the length of time required to conclude multiple suits as against a single one, and the relative expense to all concerned of the single-trial, multiple-trial alternatives.

*Select Comfort Corp. v. Baxter*, No. CV 12-2899, 2022 WL 17555484, at *3 (D. Minn. Dec. 9, 2022) (citation omitted). In this Court, the judge presiding over the lowest-numbered case is responsible for ruling on such requests and, if the motion is granted, presiding over the consolidated cases. *See* E.D. MO. L.R. 4.03.

As all interested parties agree, consolidation is warranted here. Both cases arise from events surrounding Plaintiff's employment with Defendant and involve allegations of discrimination, harassment, retaliation, and hostile work environment. The cases involve the same parties, the same counsel, and overlapping questions of law and fact. Adjudication of the disputed issues in a single case will be more efficient for the parties and the judiciary. Moreover, neither party will be prejudiced by consolidation of these actions. Thus, pursuant to Rule 42(a) and Local Rule 4.03,

---

[1] The parties required separate deadlines in the later-filed case for initial disclosures, motions for joinder of additional parties, and motions for amendment of pleadings. Those deadlines have since passed, and the remaining deadlines agreed to by the parties are identical to the case management deadlines in the present case.

the Court grants the parties' motion and consolidates these two cases for all pretrial purposes and trial.

Accordingly,

**IT IS HEREBY ORDERED** that the parties' Joint Motion to Consolidate [ECF No. 21] is **GRANTED**.

**IT IS FURTHER ORDERED** that *Politte v. R.K. Administrative Services, LLC.,* Case No. 4:26-cv-433-RHH, shall be consolidated with *Politte v. R.K. Administrative Services, LLC.,* Case No. 4:25-cv-1717-RHH, and all future filings in these cases shall be filed in *Politte v. R.K. Administrative Services, LLC.,* Case No., 4:25-cv-1717-RHH, until further order of the Court.

**IT IS FURTHER ORDERED** that *Politte v. R.K. Administrative Services, LLC.,* Case No. 4:26-cv-433-RHH, is administratively closed.

**IT IS FINALLY ORDERED** that the existing case management order, deadlines, and trial date in Case No. 4:25-cv-1717-RHH apply to both cases.

Dated this 8th day of July, 2026.

_____
RODNEY H. HOLMES
UNITED STATES MAGISTRATE JUDGE

3